# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2774

_____

| | | |
|---|---|---|
| Michael West, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | On Appeal from the United States |
| | * | District Court for the |
| St. Charles County Department of | * | Eastern District of Missouri. |
| Corrections; Alan B. Stahl, Director; | * | |
| Scott Meyers, Asst. Director, | * | [Not to be published] |
| | * | |
| Appellees. | * | |

_____

Submitted: February 2, 1999

Filed: February 11, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

While an inmate, Michael West filed a 42 U.S.C. § 1983 action claiming defendants violated his First Amendment rights by denying him a pastoral visit. The District Court[1] dismissed West's claims against two defendants, as there were no allegations against them; denied West leave to file both an amended complaint and a

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

supplemental complaint; and granted West extensions to respond to the remaining defendant's motion for summary judgment. West did not file such a response. The District Court then granted the motion, holding that West failed to show that a sixteen-day delay in receiving a pastoral visit substantially burdened his sincerely held religious beliefs. West appeals.

Upon a thorough review of the record and the parties' briefs, we conclude the District Court properly dismissed the first two defendants and properly granted summary judgment as to the third defendant. We also conclude the District Court did not abuse its discretion in denying West leave to file amended and supplemental complaints. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.